UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowtiz, Esq

636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

Order Filed on June 7, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

DERICK O. SIEBS

Case No: 19-19282

Adv. No.:

Hearing Date:

Judge: RG

**ORDER CONTINUING THE AUTOMATIC STAY
AS TO ALL CREDITORS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 7, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

DEBTORS:    DERICK O. SIEBS
CASE NO:    **19-19282/RG**

ORDER CAPTION:    **ORDER CONTINUING THE AUTOMATIC STAY AS TO ALL CREDITORS**

**THIS MATTER** having been opened by the court by way of motion of Bruce W. Radowitz, Esq., counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** that the Automatic Stay as to all creditors, is continued for the duration of the case, and further

**ORDERED**, that a copy of this order be served to all parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Derick O. Siebs  
      Debtor

Case No. 19-19282-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 10, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2019.  
db          +Derick O. Siebs,    90 Pine Grove Terrace,    Newark, NJ 07106-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2019 at the address(es) listed below:  
          Bruce W. Radowitz    on behalf of Debtor Derick O. Siebs torreso78@gmail.com,  
            r45676@notify.bestcase.com  
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg     magecf@magtrustee.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 4