BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ  07083

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-19282

| Re: | DERICK O. SIEBS          | Atty: | BRUCE W RADOWITZ ESQ |
|-----|--------------------------|-------|----------------------|
|     | 90 PINE GROVE TERRACE    |       | RADOWITZ & ASSOCIATES |
|     | NEWARK, NJ  07106        |       | 636 CHESTNUT ST      |
|     |                          |       | UNION, NJ  07083     |

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/02/2019 | $1,500.00 | 1598007593 | 07/15/2019 | $140.00 | 26033854217 |
| 07/30/2019 | $1,330.00 | 1598007680 | 09/04/2019 | $1,500.00 | 1598007771 |
| 10/01/2019 | $1,200.00 | 1598007870 | 11/01/2019 | $750.00 | 1598007953 |
| 12/02/2019 | $750.00 | 1598008034 | 01/03/2020 | $700.00 | 1598008140 |

**Total Receipts: $7,870.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,870.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK |            |          |         | 11/18/2019 | $711.00 | 837,739 |
|               | 10/21/2019 | $2,616.30 | 835,673 |            |         |         |
|               | 01/13/2020 | $711.00  | 841,535 |            |         |         |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE   | TRUSTEE COMPENSATION        | ADMIN         |           |         | 318.10   | TBD      |
| ATTY  | ATTORNEY (S) FEES           | ADMIN         | 2,850.00  | 100.00% | 2,850.00 | 0.00     |
| COURT | CLERK OF COURT              | ADMIN         | 0.00      | 100.00% | 0.00     | 0.00     |
| 0002  | CITY OF NEWARK, TAX COLLECTOR | PRIORITY    | 0.00      | 100.00% | 0.00     | 0.00     |
| 0004  | MIDFIRST BANK               | MORTGAGE ARRE | 78,000.00 | 100.00% | 4,038.30 | 73,961.70 |
| 0005  | TLOA OF NJ LLC              | PRIORITY      | 0.00      | 100.00% | 0.00     | 0.00     |

**Total Paid:  $7,206.40**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $7,870.00   -   Paid to Claims: $4,038.30   -   Admin Costs Paid: $3,168.10   =   Funds on Hand: $663.60

**Chapter 13 Case # 19-19282**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.