```
UNITED STATES POSTAL SERVICE

VAILSBURG
210 STUYVESANT AVE
NEWARK, NJ 07106-9998
(800)275-8777

11/18/2020                          02:36 PM

Product          Qty    Unit      Price
                        Price

Priority Mail® 3-Day 1            $7.75
Sm Flat Rate Env
    Memphis, TN 38101
    Flat Rate
    Expected Delivery Date
      Mon 11/23/2020
    Tracking #:
      9505 5134 0312 0323 2862 93
    Insurance                     $0.00
      Up to $50.00 included
Total                             $7.75

Grand Total:                      $7.75

Debit Card Remitted               $7.75
    Card Name: VISA
    Account #: XXXXXXXXXXXX8929
    Approval #:
    Transaction #: 080
    Receipt #: 050473
    Debit Card Purchase: $7.75
    AID: A0000000980840     Chip
    AL: US DEBIT
    PIN: Verified

***************************
Due to limited transportation
availability as a result of
nationwide COVID-19 impacts
package delivery times may be
```

---

| | Cashier's Check - Customer Copy | No. 1598008718 |
|---|---|---|
| Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days. | Void After 90 Days    30-1/1140   NTX | Date 11/18/20 02:07:37 PM |

IRVINGTON
0005    0010072    0049

Pay ▷▷▷ BANK OF AMERICA **1500 00** ONE FIVE ZERO ZERO CTS CTS

**One Thousand Five Hundred and 00/100 Dollars**

To The Order Of    MARIE-ANN GREEENBERG

MEMO:19282

Remitter (Purchased By):    DERICK O SIEBS

Bank of America, N.A.
SAN ANTONIO, TX

**$1,500.00**

Not-Negotiable
Customer Copy
Retain for your Records

001641006097