BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ  07083

Re: DERICK O. SIEBS  
     90 PINE GROVE TERRACE  
     NEWARK,  NJ  07106

Atty: BRUCE W RADOWITZ ESQ  
      RADOWITZ & ASSOCIATES  
      636 CHESTNUT ST  
      UNION, NJ  07083

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**  
Chapter 13 Case # 19-19282

### RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/02/2019 | $1,500.00 | 1598007593 | 07/15/2019 | $140.00 | 26033854217 |
| 07/30/2019 | $1,330.00 | 1598007680 | 09/04/2019 | $1,500.00 | 1598007771 |
| 10/01/2019 | $1,200.00 | 1598007870 | 11/01/2019 | $750.00 | 1598007953 |
| 12/02/2019 | $750.00 | 1598008034 | 01/03/2020 | $700.00 | 1598008140 |
| 01/23/2020 | $1,500.00 | 1598008191 | 03/03/2020 | $1,000.00 | 1598008322 |
| 03/03/2020 | $431.68 | 1598008306 | 04/03/2020 | $200.00 | 26668785778 |
| 04/03/2020 | $1,000.00 | 26668785767 | 04/21/2020 | $500.00 | 26668781605 |
| 04/21/2020 | $1,000.00 | 26668781594 | 05/19/2020 | $440.00 | 26668793463 |
| 05/27/2020 | $500.00 | 26668729315 | 05/27/2020 | $1,000.00 | 26668729304 |
| 06/23/2020 | $500.00 | 26668771918 | 06/23/2020 | $1,000.00 | 26668771907 |
| 07/07/2020 | $440.00 | 26668746066 | 07/22/2020 | $1,000.00 | 26668703722 |
| 07/22/2020 | $500.00 | 26668703733 | 08/27/2020 | $500.00 | 26668724220 |
| 08/27/2020 | $1,000.00 | 26668724218 | 10/06/2020 | $1,500.00 | 1476211182 |
| 11/13/2020 | $1,500.00 | 1598008668 | 11/24/2020 | $1,500.00 | 1598008718 |
| 01/05/2021 | $750.00 | 27064564650 | 01/06/2021 | $750.00 | 27064560508 |

**Total Receipts: $26,381.68  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $26,381.68**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 10/21/2019 | $2,616.30 | 835,673 | 11/18/2019 | $711.00 | 837,739 |
| | 01/13/2020 | $711.00 | 841,535 | 02/10/2020 | $2,085.60 | 843,420 |
| | 04/20/2020 | $2,419.36 | 847,279 | 04/20/2020 | $17.87 | 847,279 |
| | 05/18/2020 | $1,340.10 | 849,126 | 05/18/2020 | $9.90 | 849,126 |
| | 06/15/2020 | $1,733.20 | 850,820 | 06/15/2020 | $12.80 | 850,820 |
| | 07/20/2020 | $1,377.32 | 852,643 | 07/20/2020 | $10.18 | 852,643 |
| | 08/17/2020 | $1,704.80 | 854,499 | 08/17/2020 | $89.70 | 854,499 |
| | 09/21/2020 | $1,318.15 | 856,337 | 09/21/2020 | $69.35 | 856,337 |
| | 11/16/2020 | $1,318.15 | 859,981 | 11/16/2020 | $69.35 | 859,981 |
| | 12/21/2020 | $1,496.27 | 861,820 | 12/21/2020 | $78.73 | 861,820 |

### CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 19-19282**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,755.05 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,850.00 | 100.00% | 2,850.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CITY OF NEWARK, TAX COLLECTOR | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | MIDFIRST BANK | MORTGAGE ARR | 78,000.00 | 100.00% | 18,831.25 | 59,168.75 |
| 0005 | TLOA OF NJ LLC | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MIDFIRST BANK | (NEW) MTG Agree | 3,471.08 | 100.00% | 357.88 | 3,113.20 |

**Total Paid: $23,794.18**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $26,381.68    -    Paid to Claims: $19,189.13    -    Admin Costs Paid: $4,605.05    =    Funds on Hand: $2,587.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.