UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowitz, Esq
636 Chestnut Street
Union, NJ  07083
BRUCE W. RADOWITZ, ESQ.
BRW/2034
(908) 687-2333
Attorney for Debtor

**Order Filed on January 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DERRICK O. SIEBS

| | |
|---|---|
| Case No.: | 19-19282 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | JKS |

AMENDED   **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: January 21, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____BRUCE W. RADOWITZ, ESQ._____, the applicant, is allowed a fee of $ \_\_\_\_\_1,200.00\_\_\_\_\_ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,200.00_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_1,550.00\_\_ per month for \_\_\_43\_\_\_ months to allow for payment of the aforesaid fee.