BRUCE W RADOWITZ ESQ  
RADOWITZ & ASSOCIATES  
636 CHESTNUT ST  
UNION, NJ  07083  

Re:   DERICK O. SIEBS  
      90 PINE GROVE TERRACE  
      NEWARK,  NJ  07106  

Atty:  BRUCE W RADOWITZ ESQ  
       RADOWITZ & ASSOCIATES  
       636 CHESTNUT ST  
       UNION, NJ  07083  

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 19-19282

## RECEIPTS AS OF 01/14/2022          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/02/2019 | $1,500.00 | 1598007593 | 07/15/2019 | $140.00 | 26033854217 |
| 07/30/2019 | $1,330.00 | 1598007680 | 09/04/2019 | $1,500.00 | 1598007771 |
| 10/01/2019 | $1,200.00 | 1598007870 | 11/01/2019 | $750.00 | 1598007953 |
| 12/02/2019 | $750.00 | 1598008034 | 01/03/2020 | $700.00 | 1598008140 |
| 01/23/2020 | $1,500.00 | 1598008191 | 03/03/2020 | $1,000.00 | 1598008322 |
| 03/03/2020 | $431.68 | 1598008306 | 04/03/2020 | $200.00 | 26668785778 |
| 04/03/2020 | $1,000.00 | 26668785767 | 04/21/2020 | $500.00 | 26668781605 |
| 04/21/2020 | $1,000.00 | 26668781594 | 05/19/2020 | $440.00 | 26668793463 |
| 05/27/2020 | $500.00 | 26668729315 | 05/27/2020 | $1,000.00 | 26668729304 |
| 06/23/2020 | $500.00 | 26668771918 | 06/23/2020 | $1,000.00 | 26668771907 |
| 07/07/2020 | $440.00 | 26668746066 | 07/22/2020 | $1,000.00 | 26668703722 |
| 07/22/2020 | $500.00 | 26668703733 | 08/27/2020 | $500.00 | 26668724220 |
| 08/27/2020 | $1,000.00 | 26668724218 | 10/06/2020 | $1,500.00 | 1476211182 |
| 11/13/2020 | $1,500.00 | 1598008668 | 11/24/2020 | $1,500.00 | 1598008718 |
| 01/05/2021 | $750.00 | 27064564650 | 01/06/2021 | $750.00 | 27064560508 |
| 02/08/2021 | $350.00 | 27180479722 | 02/09/2021 | $1,000.00 | 27180497193 |
| 02/25/2021 | $400.00 | 27265808125 | 03/02/2021 | $1,000.00 | 27180459573 |
| 03/23/2021 | $750.00 | 27337296003 | 04/01/2021 | $1,000.00 | 27337298253 |
| 04/13/2021 | $750.00 | 27428258316 | 05/04/2021 | $1,500.00 | 1598009220 |
| 05/25/2021 | $250.00 | 27460833300 | 06/10/2021 | $250.00 | 27460841512 |
| 06/15/2021 | $800.00 | 27460846348 | 06/22/2021 | $700.00 | 27428282965 |
| 06/30/2021 | $750.00 | 27428284978 | 07/26/2021 | $1,000.00 | 27615017463 |
| 08/03/2021 | $700.00 | 27615018115 | 08/30/2021 | $1,050.00 | 1598009601 |
| 09/01/2021 | $550.00 | 27615030467 | 09/22/2021 | $1,200.00 | 1598009705 |
| 10/01/2021 | $450.00 | 27615049222 | 10/27/2021 | $1,300.00 | 1598009794 |
| 11/04/2021 | $350.00 | 27745801852 | 11/24/2021 | $1,400.00 | 1598009884 |
| 12/27/2021 | $1,500.00 | 1598009962 | | | |

**Total Receipts: $45,381.68  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $45,381.68**

Chapter 13 Case # 19-19282

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 10/21/2019 | $2,616.30 | 835,673 | 11/18/2019 | $711.00 | 837,739 |
| | 01/13/2020 | $711.00 | 841,535 | 02/10/2020 | $2,085.60 | 843,420 |
| | 04/20/2020 | $2,419.36 | 847,279 | 04/20/2020 | $17.87 | 847,279 |
| | 05/18/2020 | $1,340.10 | 849,126 | 05/18/2020 | $9.90 | 849,126 |
| | 06/15/2020 | $1,733.20 | 850,820 | 06/15/2020 | $12.80 | 850,820 |
| | 07/20/2020 | $1,377.32 | 852,643 | 07/20/2020 | $10.18 | 852,643 |
| | 08/17/2020 | $1,704.80 | 854,499 | 08/17/2020 | $89.70 | 854,499 |
| | 09/21/2020 | $1,318.15 | 856,337 | 09/21/2020 | $69.35 | 856,337 |
| | 11/16/2020 | $1,318.15 | 859,981 | 11/16/2020 | $69.35 | 859,981 |
| | 12/21/2020 | $1,496.27 | 861,820 | 12/21/2020 | $78.73 | 861,820 |
| | 02/22/2021 | $1,287.60 | 865,326 | 02/22/2021 | $99.90 | 865,326 |
| | 03/15/2021 | $1,502.20 | 867,115 | 03/15/2021 | $116.55 | 867,115 |
| | 04/19/2021 | $2,360.60 | 868,853 | 04/19/2021 | $183.15 | 868,853 |
| | 05/17/2021 | $643.80 | 870,726 | 05/17/2021 | $49.95 | 870,726 |
| | 06/21/2021 | $1,526.56 | 872,539 | 06/21/2021 | $118.44 | 872,539 |
| | 07/19/2021 | $2,180.80 | 874,316 | 07/19/2021 | $169.20 | 874,316 |
| | 08/16/2021 | $872.32 | 876,006 | 08/16/2021 | $67.68 | 876,006 |
| | 09/20/2021 | $2,006.34 | 877,762 | 09/20/2021 | $155.66 | 877,762 |
| | 10/18/2021 | $1,443.51 | 879,507 | 10/18/2021 | $111.99 | 879,507 |
| | 11/17/2021 | $1,146.08 | 881,217 | 11/17/2021 | $88.92 | 881,217 |
| | 12/13/2021 | $1,542.80 | 882,836 | 12/13/2021 | $119.70 | 882,836 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,923.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,050.00 | 100.00% | 4,050.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CITY OF NEWARK, TAX COLLECTOR | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | MIDFIRST BANK | MORTGAGE ARRE | 58,957.70 | 100.00% | 35,343.86 | 23,613.84 |
| 0005 | TLOA OF NJ LLC | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MIDFIRST BANK | (NEW) MTG Agree | 3,471.08 | 100.00% | 1,639.02 | 1,832.06 |

Total Paid: $43,956.68
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $45,381.68   -   Paid to Claims: $36,982.88   -   Admin Costs Paid: $6,973.80   =   Funds on Hand: $1,425.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.